McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SHAWN HODGES, | Case No.: 1:19-cv-01102-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | (ECF No. 10) |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended sixty (60) days from December 13, 2019, up to and including February 11, 2020. This is the parties' first stipulation for an extension.

Defendant requests this extension in order to prepare the administrative record, which is not yet complete. The Office of the General Counsel notified the Office of Appellate Operations on September 9, 2019 about this action, along with several other complaints filed around the same time. However, due to an administrative oversight discovered on December 12, 2019, the Office of Appellate Operations did not include this case on its worklist. Accordingly, the

Commissioner requires additional time to prepare the record.  A shorter extension would not suffice due to the number of administrative transcripts under development, the need to transcribe the audio recording of the hearing, and the staffing constraints at the Office of Appellate Operations.  The undersigned will file the record as soon as it is available.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 12, 2019        /s/  *Jonathan O. Pena*
(*as authorized via e-mail on December 12, 2019)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: December 12, 2019         McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 10), Defendant shall have an extension, up to and including February 11, 2020, to respond to Plaintiff's Complaint. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **December 12, 2019**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE