| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL, CA 230138<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELLINOR R. CODER, CA 258258 |
| 4 | Special Assistant United States Attorney<br>160 Spear Street, Suite 800 |
| 5 | San Francisco, California 94105<br>Telephone: (415) 977-8955 |
| 6 | Facsimile: (415) 744-0134<br>E-Mail: Ellinor.Coder@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| SHAWN HODGES, | ) | CIVIL NO. 1:19-cv-01102-EPG |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to

STIPULATION TO REMAND

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 13th day of January 2020.

Dated:  January 13, 2020                    */s/  Jonathan O. Pena\**
                                            JONATHAN O. PENA
                                            Attorney for Plaintiff
                                            *Authorized via e-mail on Jan. 9, 2020

                                            MCGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                     By:    */s/ Ellinor R. Coder*
                                            ELLINOR R. CODER
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant

STIPULATION TO REMAND

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: **January 13, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND